No. 90–6113. WHITE v. ILLINOIS. App. Ct. Ill., 4th Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1027. GUERCIO v. BRODY ET AL., FORMER JUDGES. C. A. 6th Cir. Certiorari denied.

No. 90–1230. MCDERMOTT ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1234. DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1240. ALLISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–1241. YMCA OF THE PIKES PEAK REGION v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 90–1256. CALIFORNIA ENERGY COMMISSION ET AL. v. BONNEVILLE POWER ADMINISTRATION ET AL.; and

No. 90–1415. PUGET SOUND POWER & LIGHT CO. v. BONNEVILLE POWER ADMINISTRATION ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 909 F. 2d 1298.

No. 90–1260. CANNISTRARO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–1264. DILLON v. MANBECK, COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 90–1312. AMERICAN UNDERWRITERS GROUP, INC. v. EAKIN, INSURANCE COMMISSIONER OF THE DEPARTMENT OF INSURANCE OF INDIANA. Ct. App. Ind. Certiorari denied.

No. 90–1380. CITY OF AUSTIN v. JOLEEWU, LTD. C. A. 5th Cir. Certiorari denied.